IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTALEE ABREU, individually and on behalf of a class of similarly situated individuals,

    Plaintiff,

  v.

SLIDE, INC. and GOOGLE, INC.,

    Defendants.

No. C 12-00412 WHA

**ORDER DENYING AS MOOT MOTION TO COMPEL ARBITRATION, OR, IN THE ALTERNATIVE, TO DISMISS THE COMPLAINT**

On April 24, 2012, defendants Slide, Inc., and Google, Inc., filed a motion to compel arbitration, or, in the alternative, to dismiss the complaint. On March 15, 2012, plaintiff filed a first amended complaint as of right. The instant motion is therefore **DENIED AS MOOT**. The hearing set for May 31, 2012 at 8:00 a.m. is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: May 23, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE