SEAN P. REIS (SBN 184044)
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123
sreis@edelson.com

RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
BENJAMIN S. THOMASSEN (Admitted *Pro Hac Vice*)
EDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378
rbalabanian@edelson.com
brichman@edelson.com
bthomassen@edelson.com

*Attorneys for Plaintiff Christalee Abreu*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTALEE ABREU, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SLIDE, INC., a Delaware corporation, and GOOGLE, INC., a Delaware corporation,<br><br>*Defendants*. | Case No. 3:12-CV-00412-WHA<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41**<br><br>Judge: Honorable William H. Alsup<br>Action filed: January 26, 2012 |

**PLEASE TAKE NOTICE** that Plaintiff Christalee Abreu, by and through her undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismisses all claims in this action *without prejudice* as to Defendants Slide, Inc. and Google, Inc. ("Defendants"). In support of the instant notice, Plaintiff states as follows:

1. Defendants removed the instant action to this Court on January 26, 2012. (Dkt. 1.)

2. On July 12, 2012, the Court granted Defendants' motion to compel arbitration. (Dkt. 56.)

3. Fed. R. Civ. P. 41(a)(1) provides, in relevant part, that a "plaintiff may dismiss an action without court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

4. Defendants have not served either an answer or motion for summary judgment in this action.

5. Accordingly, this action may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted,

**CHRISTALEE ABREU**, individually and on behalf of all others similarly situated,

Dated: June 6, 2013

By: /s/ Benjamin H. Richman
One of Plaintiff's Attorneys

RAFEY S. BALABANIAN (*Pro Hac Vice*)
BENJAMIN H. RICHMAN (*Pro Hac Vice*)
BENJAMIN S. THOMASSEN (*Pro Hac Vice*)
EDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378
rbalabanian@edelson.com
brichman@edelson.com
bthomassen@edelson.com

SEAN P. REIS (SBN 184044)
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123
sreis@edelson.com